# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No. 5:22-cv-00099-AB-KES            Date: March 17, 2022

Title: ROBERT DARRELL JOHNSON v. WARDEN

PRESENT:

THE HONORABLE KAREN E. SCOTT, U.S. MAGISTRATE JUDGE

| Jazmin Dorado | Not Present |
|---|---|
| Courtroom Clerk | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFF: | ATTORNEYS PRESENT FOR DEFENDANT: |
|---|---|
| None Present | None Present |

**PROCEEDINGS (IN CHAMBERS):**     **Order to Show Cause Why this Action Should Not Be Dismissed for Failure to Prosecute/Obey Court Orders**

On January 20, 2022, the Court issued an Order to Show Cause ("OSC") why the Petition for Wirt of Habeas Corpus ("Petition") should not be dismissed without prejudice for failure to exhaust in state court. In response to the OSC, the Court instructed Petitioner to either: (1) explain when and how he believed any or all of the claims in the Petition were exhausted in the state courts; (2) file a notice of voluntary dismissal of the Petition; or (3) file a motion to stay the action. The Court ordered Petitioner elect one of these three options on or before February 21, 2022. (Dkt. 4).

As of the date of this Order, Petitioner has failed to take any action in this matter.

IT IS HEREBY ORDERED that, **on or before April 1, 2022**, Petitioner shall show cause why this action should not be dismissed for lack of prosecution and/or failure to follow this Court's orders.

Petitioner may discharge this Order to Show Cause by doing **one** of the following:

(1) Explain when and how Petitioner believes any or all of the claims in the Petition were exhausted in the state courts.

**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES – GENERAL**

| | |
|---|---|
| Case No. 5:22-cv-00099-AB-KES | Date: March 17, 2022 |
| | Page 2 |

  (2) File a notice voluntarily dismissing the Petition, which would not bar Petitioner from re-filing the Petition after the claims are exhausted in the state courts.

  (3) File a motion to stay this action.

  **If Plaintiff fails to respond to this Order to Show Cause, the Court may dismiss this action for lack of prosecution and/or failure to follow the Court's orders.**

Initials of Deputy Clerk JD