JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT DARRELL JOHNSON, | Case No. 5:22-cv-00099-AB-KES |
| Petitioner, | |
| v. | **JUDGMENT** |
| WARDEN, | |
| Respondent. | |

Pursuant to the Court's Order Dismissing Action for Failure to Prosecute, IT IS ADJUDGED that the Petition and this entire action are dismissed without prejudice.

DATED:  June 08, 2022

_____
ANDRE BIROTTE JR.
UNITED STATES DISTRICT JUDGE